**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 747 MAL 2014
:
                  Respondent :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
          v. :
:
:
:
ROBERT LEE MYERS, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.